AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EVELYN MEDINA | ) | Case No. |
| | ) | 17-mj-1097-DLC |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2016 - 2017__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

~~Robert B. Fisher, Special Agent~~
Anthony P Russo, Jr
Printed name and title

Sworn to before me and signed in my presence

Date: 7/24/2017

_____
Judge's signature

City and state: Boston, MA

Hon. Donald L. Cabell US Magistrate Judge
Printed name and title