UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 17-mj-01097 |
| | ) | |
| EVELYN MEDINA | ) | |

MOTION TO WITHDRAW

Undersigned counsel respectfully moves the Court to allow him to withdraw as counsel for Defendant Evelyn Medina. As grounds for this motion, counsel notes that attorney Brad Bailey has been retained to represent the defendant and has entered an appearance on Ms. Medina's behalf.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer,
   B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 8, 2017.

*/s/ Scott Lauer*
Scott Lauer